

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF: )
)
)
14 ELECTRONIC DEVICES AND 42 )
ACCESS CARDS IN THE POSSESSION ) ORDER RE: REQUEST TO SEAL
OF THE FBI, SACRAMENTO, ) DOCUMENTS
CALIFORNIA )
) **UNDER SEAL**
)
) 2:13-SW-614 KJN
)

Upon application and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

Date: Sept. 20, 2013

KENDALL J. NEWMAN
United States Magistrate Judge

1