

FILED

SEP 1 8 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the search of:<br><br>14 ELECTRONIC DEVICES AND 42 ACCESS CARDS IN THE POSSESSION OF THE FBI, SACRAMENTO, CALIFORNIA | CASE NO.  2:13–SW–00614–KJN<br><br>ORDER TO UNSEAL SEARCH WARRANT DOCUMENTS |

THE COURT HEREBY ORDERS that the Application and Affidavit in Support of

Search Warrant in Case No. 2:13–sw–00614–KJN be unsealed and made part of the public record.

Dated: 9-18-2014

THE HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

PETITION TO UNSEAL CASE

2